UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEXANDER BEHREND,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>SAN FRANCISCO ZEN CENTER, INC.,<br><br>    Defendant - Appellee. | No. 23-15399<br><br>D.C. No. 3:21-cv-01905-JSC<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

Appellant's motion (Docket Entry No. 14) for an extension of time to file the opening brief is granted. The appellant's opening brief is due August 18, 2023; appellee's answering brief is due September 18, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Ninth Circuit Rule 27-7