# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 23-15399

**Case Name:** Behrend v. San Francisco Zen Center

**Hearing Location (*city*):** San Francisco

**Your Name:** Jim Davy

List the sitting dates for the two sitting months you were asked to review:

San Francisco, March 11-15, March 25-29, April 1-5, April 8-12

Do you have an unresolvable conflict on any of the above dates?  ● Yes   ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable for March 11-15 because of non-refundable pre-paid travel on those exact dates, and because I am a sole practitioner with no colleague who could cover the argument. I am available for all other March (25-29) and April (1-5, 8-12) argument dates in San Francisco. I have consulted with opposing counsel, and opposing counsel is also available for those dates.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes   ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** /s/ Jim Davy     **Date:** 11/8/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**     *New 12/01/2018*