# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-15399

**Case Name** Behrend v. San Francisco Zen Center

**Hearing Location** (*city*) San Francisco

**Your Name** Eileen R. Ridley

List the sitting dates for the two sitting months you were asked to review:

March 11-15, 2024; March 25-29, 2024; Apri 1-5, 2024; April 8-12, 2024

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Eileen R. Ridley   **Date** 11/17/23

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  New 12/01/2018