UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
CLERK'S OFFICE - CALENDAR UNIT

**NOTICE OF RELATED CASES**

Re:  23-15399  Alexander Behrend v. San Francisco Zen Center, Inc.
 23-55088  Yaakov Markel v. Union of Orthodox Jewish Congregations of America

The above cases are being assigned to the same panel in **Pasadena, California**, during the month of **April 2024** because the cases involve related issues concerning application of the ministerial exception.

The cases are not consolidated for oral argument, though counsel may wish to confer in order to enhance oral argument.

If you have questions, please contact the Calendar Unit at (415) 355-8190.

23–15399 Alexander Behrend v. San Francisco Zen Center, Inc.

Case: 23-15399, 01/22/2024, ID: 12851039, DktEntry: 39, Page 2 of 8

# General Docket
## United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23–15399 | **Docketed:** 03/17/2023 |
| **Nature of Suit:** 3445 Americans w/Disabilities Act–Empl | |
| Alexander Behrend v. San Francisco Zen Center, Inc. | |
| **Appeal From:** U.S. District Court for Northern California, San Francisco | |
| **Fee Status:** Paid | |

**Case Type Information:**
  1) civil
  2) private
  3) null

**Originating Court Information:**
  **District:** 0971–3 : 3:21–cv–01905–JSC
  **Court Reporter:** Richard John Duvall, Court Reporter Supervisor
  **Trial Judge:** Jacqueline Scott Corley, District Judge
  **Date Filed:** 03/17/2021

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 02/14/2023 | 02/14/2023 | 03/15/2023 | 03/15/2023 |

**Prior Cases:**
  None

**Current Cases:**
  None

Case: 23-15399, 01/22/2024, ID: 12851039, DktEntry: 39, Page 3 of 8

23–15399 Alexander Behrend v. San Francisco Zen Center, Inc.

| | |
|---|---|
| ALEXANDER BEHREND<br>　　　Plaintiff – Appellant, | Jim Davy<br>Email: jimdavy@allriselaw.org<br>[COR NTC Retained]<br>Jim Davy<br>P.O. Box 15216<br>Philadelphia, PA 19125<br><br>Kyle Quackenbush, Attorney<br>Direct: 415–981–4800<br>Email: kquackenbush@girardsharp.com<br>Fax: 415–981–4846<br>[COR NTC Retained]<br>Girard Sharp, LLP<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108 |
| v. | |
| SAN FRANCISCO ZEN CENTER, INC.<br>　　　Defendant – Appellee, | Sara Abarbanel<br>Direct: 858–847–6700<br>Email: sabarbanel@foley.com<br>Fax: 858–792–6773<br>[COR NTC Retained]<br>Foley & Lardner, LLP<br>Firm: 858–847–6700<br>11988 El Camino Real<br>Suite 400<br>San Diego, CA 92130<br><br>Evan Hamling, Attorney<br>Direct: 415–434–4484<br>Email: ehamling@foley.com<br>[COR NTC Retained]<br>Foley & Lardner, LLP<br>555 California Street<br>Suite 1700<br>San Francisco, CA 94104–1520<br><br>Eileen R. Ridley<br>Email: eridley@foley.com<br>[COR NTC Retained]<br>Foley & Lardner, LLP<br>555 California Street<br>Suite 1700<br>San Francisco, CA 94104–1520 |

Case: 23-15399, 01/22/2024, ID: 12851039, DktEntry: 39, Page 4 of 8

23–15399 Alexander Behrend v. San Francisco Zen Center, Inc.

ALEXANDER BEHREND,

    Plaintiff – Appellant,

v.

SAN FRANCISCO ZEN CENTER, INC.,

    Defendant – Appellee.

23–15399 Alexander Behrend v. San Francisco Zen Center, Inc.

Docket as of 12/13/2023 02:41:58 PM     page 3 of 7

# General Docket
## United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23–55088 | **Docketed:** 01/27/2023 |
| **Nature of Suit:** 4442 Civil Rights Jobs | |
| Yaakov Markel v. Union of Orthodox Jewish Congregations of America, et al | |
| **Appeal From:** U.S. District Court for Central California, Los Angeles | |
| **Fee Status:** Paid | |

**Case Type Information:**
  1) civil
  2) private
  3) null

**Originating Court Information:**
  **District:** 0973–2 : 2:19–cv–10704–JWH–SK
  **Court Reporter:** Debbie Hino–Spaan, Official Court Reporter
  **Court Reporter:** Alberto V. Ortiz, Court Reporter Supervisor
  **Trial Judge:** John W. Holcomb, District Judge
  **Date Filed:** 12/18/2019

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 01/03/2023 | 01/04/2023 | 01/27/2023 | 01/27/2023 |

**Prior Cases:**
  None

**Current Cases:**
  None

| Party | Counsel |
|---|---|
| YAAKOV MARKEL<br>    Plaintiff – Appellant, | Michael Elliot Friedman<br>Direct: 310–273–2505<br>Email: michaelfriedmanlaw@gmail.com<br>[COR NTC Retained]<br>1880 Century Park, E<br>Suite 1411<br>Los Angeles, CA 90067<br><br>Steven R. Friedman<br>Direct: 310–273–2505<br>Email: legalsolutionsemail@gmail.com<br>[COR NTC Retained]<br>Law Office of Steven R. Friedman<br>1880 Century Park East<br>Suite 1411<br>Los Angeles, CA 90067 |
| v. | |
| UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, a corporation<br>    Defendant – Appellee, | Dylan Bradley Carp, Esquire, Attorney<br>Direct: 415–394–9400<br>Email: dylan.carp@jacksonlewis.com<br>Fax: 415–394–9401<br>[COR NTC Retained]<br>Jackson Lewis, PC<br>50 California Street<br>9th Floor<br>San Francisco, CA 94111–4615<br><br>James Putman Carter, Principal Litigation Counsel<br>Direct: 949–988–1360<br>Email: james.carter@jacksonlewis.com<br>[COR NTC Retained]<br>Jackson Lewis, PC<br>200 Spectrum Center Drive<br>Suite 500<br>Irvine, CA 92618<br><br>Leonora M. Schloss, Attorney<br>Direct: 213–689–0404<br>Email: leonora.schloss@jacksonlewis.com<br>[COR NTC Retained]<br>Jackson Lewis, PC<br>725 S Figueroa Street<br>Suite 2500<br>Los Angeles, CA 90017 |
| NACHUM RABINOWITZ, an individual<br>    Defendant – Appellee, | Dylan Bradley Carp, Esquire, Attorney<br>Direct: 415–394–9400<br>[COR NTC Retained]<br>(see above) |

|  | James Putman Carter, Principal Litigation Counsel<br>Direct: 949–988–1360<br>[COR NTC Retained]<br>(see above)<br><br>Leonora M. Schloss, Attorney<br>Direct: 213–689–0404<br>[COR NTC Retained]<br>(see above) |
|---|---|
| DOES, 1–100<br>    Defendant – Appellee,<br><br>_____ | |
| THE INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS<br>    Amicus Curiae – Pending, | Daniel Jacob Feith<br>Direct: 202–736–8207<br>Email: dfeith@sidley.com<br>[COR LD NTC Retained]<br>Sidley Austin, LLP<br>1501 K Street, NW<br>Washington, DC 20005 |

YAAKOV MARKEL,

    Plaintiff – Appellant,

 v.

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, a corporation; NACHUM RABINOWITZ, an individual; DOES, 1–100,

    Defendants – Appellees.