UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 08 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEXANDER BEHREND,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>SAN FRANCISCO ZEN CENTER, INC.,<br><br>      Defendant - Appellee. | No. 23-15399<br><br>D.C. No. 3:21-cv-01905-JSC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered July 17, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $103.00.

                                                 FOR THE COURT:

                                                 MOLLY C. DWYER<br>
                                                 CLERK OF COURT